UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID J. PEDERSON,

                Plaintiff,

    v.

TRACY SCHNEIDER,

                Defendant.

CASE NO. 3:21-cv-05121-RSM-BAT

**REPORT AND RECOMMENDATION**

Plaintiff, an inmate at the Washington State Penitentiary, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging his First Amendment rights were violated by Defendant Tracy Schneider. Dkt. 4 at 9. On March 2, 2021 Plaintiff filed a motion for summary judgment. Dkt. 11 and 12.

The Court recommends the motion be **DENIED** without prejudice as premature. The complaint was accepted for filing on February 22, 2021, Dkt. 4, and the Court issued an order directing electronic service on February 23, 2021. Dkt. 8. Defendant are entitled to file a responsive pleading and make an appearance before a motion for summary judgment is filed or ruled upon by the Court.

This Report and Recommendation is not an appealable order and Plaintiff should thus not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be

filed until the assigned District Judge enters a judgment in the case. Plaintiff may file an objection limited to five pages no later than **March 17, 2021.** The Clerk should note the matter for **March 19, 2021**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. The failure to timely object may affect the right to appeal.

DATED this 3rd day of March 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2