UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID J. PEDERSEN,

              Plaintiff,

  v.

TRACY SCHNEIDER,

              Defendant.

CASE NO. 3:21-cv-05121-RSM-BAT

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's motion for summary judgment, Dkt. 11, is denied without prejudice.

(3)    The Clerk is directed to provide copies of this Order to the parties.

Dated this 2nd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE