UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID J. PEDERSEN,

              Plaintiff,

   v.

TRACY SCHNEIDER,

              Defendant.

CASE NO. 3:21-cv-05121-RSM-BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR A CONTINUANCE AND RE-NOTING MOTIONS**

      Plaintiff proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the Court are Plaintiff's motion for summary judgment (Dkt. 20), Defendant's cross-motion for summary judgment (Dkt. 22), Defendant's motion to seal an exhibit in support of their cross-motion (Dkt. 25), and Plaintiff's motion seeking a "continuance" (Dkt. 27) to fully respond to Defendant's cross-motion for summary judgment.

      In his motion seeking a continuance, Plaintiff indicates that he had not yet received responses to his discovery requests at the time his response to Defendant's cross-motion for summary judgment was due. Dkt. 27. He contends these responses are relevant to his claim that Defendant lacked a legitimate basis for confiscating an outgoing letter to his then fiancé. *Id.* Defendant opposed the motion arguing the discovery Plaintiff sought was not relevant to opposing Defendant's cross-motion. Dkt. 32. Plaintiff subsequently filed supplemental responses

1  to Defendant's cross-motion for summary judgment upon receiving the discovery responses he
2  had requested from Defendant. Dkts. 35, 36, 37, 38.

3  In the interest of considering all relevant arguments and evidence pertaining to the
4  pending motions, the Court hereby GRANTS Plaintiff's motion for a continuance (Dkt. 27) and
5  will consider his supplemental response to Defendant's cross-motion for summary judgment.
6  Defendants may file a supplemental reply to their cross-motion on or before **July 26, 2021**. The
7  Clerk is directed to re-note Plaintiff's motion for summary judgment (Dkt. 20), Defendant's
8  cross-motion for summary judgment (Dkt. 22) and Defendant's motion to seal (Dkt. 25) to **July
9  26, 2021**.

10  DATED this 19th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR A CONTINUANCE AND RE-NOTING
MOTIONS - 2